**STATE v. McBRIDE**

[344 N.C. 623 (1996)]

STATE OF NORTH CAROLINA v. FRED DOUGLAS McBRIDE

No. 524PA95

(Filed 11 October 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 120 N.C. App. 623, 463 S.E.2d 403 (1995), dismissing defendant's appeal, after pleas of guilty and entry of judgments thereon on 31 May 1994 by Grant (Cy A., Sr.), J., to review an order denying a motion to suppress evidence entered by Cobb, J., on 9 May 1994 in Superior Court, New Hanover County. Calendared for argument in the Supreme Court 11 September 1996; determined on the briefs without oral argument.

*Michael F. Easley, Attorney General, by Simoné Frier Alston, Associate Attorney General, for the State.*

*Judith T. Naef for defendant-appellant.*

PER CURIAM.

AFFIRMED.